**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**
**SOUTHEASTERN DIVISION**

_____

State of South Dakota, by and through          Court File No.: 4:14-cv-04107-LLP
Its Board of Regents,

                    Plaintiffs,          **ORDER TO ADMIT**
                                 **PRO HAC VICE**

vs.

Juneau Construction Company, LLC, and
Carlisle Insulation, Inc.,

                    Defendants.

_____

Before the Court is a motion to allow attorney Michelle D. Hurley, who is not licensed to practice in South Dakota, to participate in all proceedings in the above case.   The court has reviewed the file.   Good cause appearing, it is hereby

ORDERED that attorney Michelle D. Hurley

      (1)     Is admitted, conditioned upon complying with the requirements hereinafter set forth, to participate in all proceedings of this case pursuant to the Local Rules of Practice of the District of South Dakota and subject to the rules of professional conduct as applied to members of the State Bar of South Dakota.

      (2)     Shall immediately pay to the Clerk of this Court the sum of $100 as an admission fee;

      (3)     Shall immediately obtain a permanent (not temporary) sales and use tax license, file returns, and pay South Dakota sales taxes as required by the laws of South Dakota;

      (4)     Shall immediately register with the Clerk of his Court to receive all documents by electronic court filing (ECF); and

(5)     Shall immediately obtain and comply fully with the Standard Operating Procedures

of this court as filed in the Clerk's office.

Dated:_____

                                        By The Court: _____

                                                        _____
                                                        United States District Court Judge


                                        ATTEST:
                                        _____, CLERK

                                        BY:   _____
                                                        (DEPUTY)
                                        (SEAL)