UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF SOUTH DAKOTA, BY AND THROUGH ITS BOARD OF REGENTS,<br><br>    Plaintiff,<br><br>vs.<br><br>JUNEAU CONSTRUCTION COMPANY, LLC, AND CARLISLE INSULATION, INC.,<br><br>    Defendants.<br><br>----------------<br><br>CARLISLE INSULATION, INC.,<br><br>        Cross-claimant/Defendant,<br>    vs.<br><br>JUNEAU CONSTRUCTION COMPANY, LLC,<br>        Cross-claimant/Defendant.<br><br>------------------<br><br>CARLISLE INSULATION, INC.,<br><br>        Third-party Plaintiff,<br><br>AMBLING UNIVERSITY DEVELOPMENT GROUP, LLC,<br><br>        Third-party Defendant. | CIV. 4:14-cv-04107-LLP<br><br><br><br>**STIPULATION TO EXTEND TRIAL DATE** |

    The parties in this case, through their respective counsel, have agreed to extend the trial deadlines due to a conflict whereby after filing of Form 52 Plaintiff's counsel learned he had

been assigned a trial in North Dakota the week of September 29, 2015, and therefore request that the Court enter an amended scheduling order as follows:

1. The jury trial will commence in Sioux Falls, South Dakota, on Tuesday, October 27, 2015.

Dated this 9th day of September, 2014.

                                              YOST & BAILL, LLP

                                              /s/Steven L. Theesfeld
                                              Steven L. Theesfeld
                                              2050 U.S. Bank Plaza South
                                              220 South Sixth Street
                                              Minneapolis, MN 55402
                                              Telephone: (612) 338-6000
                                              Facsimile: (612) 344-1689
                                              E-mail: stheesfeld@yostbaill.com
                                              *Attorneys for Plaintiff*

Dated this 9th day of September, 2014.

                                              KLASS LAW FIRM, LLP

                                              /s/Ryland Deinert
                                              Ryland Deinert
                                              4280 Sergeant Road, Suite 290
                                              Sioux City, IA 51106
                                              Telephone: (712) 252-1866
                                              E-mail: deinert@klasslaw.com
                                              *Attorneys for Carlisle Insulation, Inc.*

Dated this 9th day of September, 2014.

          GUNDERSON, PALMER, NELSON & ASHMORE, LLP

          /s/Daniel Ashmore
          Daniel Ashmore
          506 Sixth Street
          Rapid City, SD 57709
          Telephone: (605) 342-1078
          E-mail: dashmore@gpnalaw.com
          *Attorneys for Juneau Construction Company, LLC*