UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
DEC 1 1 2015
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| STATE OF SOUTH DAKOTA, by and through its Board of Regents, | CIV 14-4107 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JUNEAU CONSTRUCTION COMPANY, LLC, a foreign corporation; and CARLISLE INSULATION, INC., a foreign corporation; | |
| Defendants and Third-Party Plaintiffs, | |
| vs. | |
| AUDG COYOTES, LLC, | |
| Third-Party Defendant, and | |
| CARLISLE INSULATION, INC., a foreign corporation; | |
| Defendant and Third-Party Plaintiff, | |
| vs. | |
| NILES BOLTON ASSOCIATES, INC., | |
| Third-Party Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation to Dismiss, Doc. 60, it is hereby,

ORDERED, ADJUDGED AND DECREED that the above-entitled action between Plaintiff State of South Dakota, by and through its Board of Regents, and Defendants Juneau Construction

Company, LLC, Carlisle Insulation, Inc., Defendants and Cross-Claimants, and AUDG Coyotes, LLC, and Niles Bolton Associates, Inc., Third-Party Defendants ("All Plaintiffs and Defendants") is hereby dismissed with prejudice, on the merits, and without costs and disbursements to any party.

Dated this 11th day of December, 2015.

BY THE COURT:

*(signature)*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: *(signature)*
Deputy